**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

**CAITLIN JOHNSON, on behalf
of herself and all others similarly
situated,**

    *Plaintiff*,

v.                                              **Case No. 5:23-CV-1200-JKP-ESC**

**EL CENTRO DEL BARRIO, d/b/a
Centromed,**

    *Defendant*.

### ORDER OF DISMISSAL

The Court has considered the issues presented in this action and rendered its decision. For the reasons stated in the Memorandum Opinion and Order ("M&O") issued in Consolidated Civil Case No. 5:23-CV-1156-JKP-ESC contemporaneously with this Order of Dismissal, the Court **DISMISSES** this action without prejudice for lack of jurisdiction. As stated in the M&O, the Court finds no basis to remand this case to state court. Although remand is available for an action removed to federal court, Plaintiff commenced this case in federal court. Consequently, this Court has no authority to remand this case to state court. Plaintiff must independently commence their case against Defendant in state court. This dismissal is without prejudice to Plaintiff pursuing her claims in state court. This order constitutes a final appealable order. **The Clerk of Court shall close this case.**

    IT is so ORDERED this 21st day of April 2025.

_____
**JASON PULLIAM
UNITED STATES DISTRICT JUDGE**
